# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE RODRIGUEZ, | ) | 1:07-cv-01403-LJO-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 3 ) |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| SUPERIOR COURT OF FRESNO COUNTY, | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| | ) | |
| Respondents. | ) | |
| | ) | |

On September 25, 2007, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.  (Doc. 1).

On October 4, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be DISMISSED because the federal court should abstain from deciding the issues raised in the petition under the doctrine announced in Younger v. Harris, 401 U.S. 37 (1971).  (Doc. 3).  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
2 a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
3 the Magistrate Judge's Findings and Recommendation is supported by the record and proper
4 analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The Findings and Recommendation, filed October 4, 2007  (Doc. 3), is
7   ADOPTED IN FULL;
8  2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and,
9  3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.
10  This order terminates the action in its entirety.

12 IT IS SO ORDERED.
13 **Dated:    November 2, 2007**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE